RECEIVED
NOV 22 2011
TONY R. MOORE, CLERK
BY _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| ERRICK JERMAINE ARCENEAUX | CIVIL ACTION NO: 11-0261 |
| VERSUS | JUDGE DONALD E. WALTER |
| WARDEN, DIXON CORRECTIONAL INSTITUTE | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**.

**THUS DONE AND SIGNED**, this ___21___ day of November, 2011.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE